1
2
3
4
5
6
7
8
IN THE UNITED STATES DISTRICT COURT

9
FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11
CHARLES SINGLETON,                          1:06-CV-01662-AWI-WMW-HC

12
   Petitioner,

13
 vs.                                          ORDER GRANTING MOTION TO
                                                    PROCEED IN FORMA PAUPERIS
14
K. M. POWERS, Warden, et al.,

15
16
   Respondent.
_____/

17
   Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

18
28 U.S.C. § 2254.

19
   Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20
prison trust account statement.   Examination of these documents reveals that petitioner is unable to

21
afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

22
See 28 U.S.C. § 1915.

23
IT IS SO ORDERED.

24
**Dated:   December 4, 2006**          **/s/  William M. Wunderlich**
bl0dc4                                        UNITED STATES MAGISTRATE JUDGE

25
26
27
28