EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
JESSICA N. BLONIEN, State Bar No. 189137
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-3893
 Fax: (916) 322-8288
 Email: Jessica.Blonien@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CHARLES SINGLETON,** | 1:06-cv-01662-AWI-WMW (HC) |
| Petitioner, | **ORDER** |
| v. | |
| **K. M. POWERS,** | |
| Respondent. | |

GOOD CAUSE HAVING BEEN SHOWN, Respondent is granted leave to file the Answer to the Petition by October 1, 2007.

IT IS SO ORDERED.

**Dated:   October 2, 2007**        /s/  William M. Wunderlich
                                     UNITED STATES MAGISTRATE JUDGE

1