1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT FOR THE

9

EASTERN DISTRICT OF CALIFORNIA

10

CHARLES SINGLETON,                           1:06-cv-01662 AWI JMD (HC)

11
             Petitioner,                     ORDER GRANTING MOTION TO PROCEED
                                             IN FORMA PAUPERIS ON APPEAL
12   vs.                                     and
                                             DIRECTING CLERK TO SERVE
13   K. MENDOZA-POWERS,                      THE COURT OF APPEALS

14
             Respondent.                     (DOCUMENT #25)

15   _____/

16          Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus

17   pursuant to 28 U.S.C. § 2254.

18          On May 4, 2009, judgment was entered denying the petition for writ of habeas corpus.

19   On May 14, 2009, petitioner filed a notice of appeal and on November 10, 2009, petitioner filed

20   an application to proceed in forma pauperis.  Examination of petitioner's application to proceed

21   in forma pauperis reveals that petitioner is unable to afford the costs of an appeal.  Accordingly,

22   the application to proceed in forma pauperis on appeal is GRANTED.  See 28 U.S.C. § 1915.

23   **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth**

24   **Circuit.**

25   IT IS SO ORDERED.

26   **Dated:    November 13, 2009**                     **/s/ John M. Dixon**
                                                    UNITED STATES MAGISTRATE JUDGE
27

28